FILED BY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

NOV 19 2004

Robert R. Di Trollo, Clerk
U. S. DIST COURT
W. D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 04-I-019 |
| ) | |
| vs. ) | 29 U.S.C. § 439(c) |
| ) | |
| BURNEST L. ROSE, ) | 04-20475 Ma An |
| ) | |
| Defendant. ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

On or about October 2, 2001, in the Western District of Tennessee, the defendant,

---------------------- **BURNEST L. ROSE** ----------------------

while an officer, that is President of the PACE Local 5-1929, a labor organization engaged in an industry affecting commerce as defined by Sections 402(i) and 402(j), Title 29, United States Code, did willfully falsify, conceal, withhold and destroy a record required to be kept pursuant to 29 U.S.C. § 436, specifically a check in the amount of $1,200; in violation of Title 29, United States Code, Section 439(c).

## COUNTS 2-11

The United States Attorney realleges, reasserts and incorporates herein by reference all the allegations set forth in Count 1 of this Information in each of the following counts, except the date and the amount which are for each count as follows:

| COUNTS | DATE OF OFFENSE | AMOUNT |
| --- | --- | --- |
| 2 | October 12, 2001 | $520.00 |
| 3 | November 30, 2001 | $1450.00 |
| 4 | December 28, 2001 | $750.00 |
| 5 | January 10, 2002 | $1,250.00 |
| 6 | March 15, 2002 | $900.00 |
| 7 | March 26, 2002 | $250.00 |
| 8 | April 23, 2002 | $200.00 |
| 9 | May 29, 2002 | $1,400.00 |
| 10 | June 11, 2002 | $300.00 |
| 11 | June 26, 2002 | $75.00 |

All in violation of Title 29, United States Code, Section 439(c).

DATE: 10-19-04

_____
UNITED STATES ATTORNEY